IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALTAGRACIA SANCHEZ | : | |
| --- | --- | --- |
| | : | CIVIL ACTION |
| V. | : | |
| | : | NO: 2:19-cv-03553-JDW |
| JETBLUE AIRWAYS CORPORATION | : | |

## STIPULATION

Plaintiff, Altagracia Sanchez and Defendant, JetBlue Airways Corporation hereby agree and stipulate that Paragraphs 10 through 17, inclusive, of Plaintiff's Complaint, initially filed in the Philadelphia County Court of Common Pleas on July 18, 2019, is hereby STRICKEN. As a result, Count I of Plaintiff's Complaint is hereby DISMISSED with prejudice.

**THE LAW OFFICE OF JARED ZAFRAN**

By: _/s/ Jared S. Zafran_
JARED S. ZAFRAN, ESQ.
*Attorney for Plaintiff, Altagracia Sanchez*

Date: 8/19/2019

**MORGAN & AKINS, PLLC**

By: _/s/ Nathan R. Bohlander_
NATHAN R. BOHLANDER, ESQ.
*Attorney for Defendant, JetBlue Airways Corporation*

Date: 8/19/19

_____ J.