IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALTAGRACIA SANCHEZ,** *Plaintiff*, v. **JETBLUE AIRWAYS CORPORATION,** *Defendant*. | Case No. 2:19-cv-03553-JDW |

## ORDER

**AND NOW,** this 16th day of December, 2019, the Court having been advised that the above-captioned matter has settled, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule of Civil Procedure 41.1(b).

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.